Núm. 7874.—LÓPEZ, apldo. *v.* ASOCIACIÓN FONDO DE AHORRO, ETC., apltes.—C. D. San Juan. ▇▇▇▇▇▇▇ Noviembre 5, 1938.

POR CUANTO, el 11 de octubre último se declaró sin lugar la solicitud de nuevo término para radicar la transcripción de evidencia en este caso, y

POR CUANTO, pedida la reconsideración de esa orden, en la petición se exponen los méritos del caso, y

POR CUANTO, si bien técnicamente procedería negar la reconsideración ya que es en ella y no en la petición original que se establece la verdadera base para el ejercicio de su discreción por parte del juez de turno, es lo cierto que esa base hoy existe, y

POR CUANTO, la cuestión envuelta es nueva en esta jurisdicción y la justicia habrá de administrarse con mayor seguridad de acierto si se permite que la apelación pueda resolverse en sus méritos:

POR TANTO, en el ejercicio de su discreción el juez de turno resuelve reconsiderar como reconsidera su resolución de 3 de octubre, dictando en su lugar otra por virtud de la cual debe conceder y concede un nuevo término que vencerá el 25 de noviembre actual para radicar la transcripción de la evidencia.

En los siguientes casos, a propuesta de sus distintos Jueces, el Tribunal declaró no haber lugar a las reconsideraciones interesadas:

Núms. 23[1], 25[1], 28[1], 31[1], 33[1], 1142[2], 1146[2], 7157, 7166, 7243, 7279, 7322, 7342, 7343, 7345, 7413, 7439, 7464, 7509, 7521, 7556, 7641, 7688, 7689, 7696, 7698, 7747, 7761, 7786 y 7803.

## (B) DESESTIMACIONES

### (*a*) EN GENERAL